# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### NORTHERN DIVISION

| | | |
|---|---|---|
| RICKEY M. DICKERSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **JUDGMENT** |
| CAROLYN W. COLVIN, | ) | **CASE NO.  2:13-CV-14-D** |
| *Acting Commissioner of Social Security*, | ) | |
| Defendant. | ) | |

Decision by the Court:

      **IT IS ORDERED AND ADJUDGED** that Defendant's Objections to the Memorandum and Recommendations [D.E. 30] are OVERRULED, Plaintiff's Motion for Judgment on the Pleadings [D.E. 24] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 26] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MARCH 24, 2014,** WITH A COPY TO:

Charlotte Williams Hall (via CM/ECF electronic notification)
Leo R. Montenegro  (via CM/ECF electronic notification)


March 24, 2014
Date

Raleigh, North Carolina

JULIE A. RICHARDS, Clerk

Eastern District of North Carolina


/s/Debby Sawyer
(By) Deputy Clerk